CHARLES KAFAFIAN, DEFENDANT IN ERROR, v. NORTH HUDSON COUNTY RAILWAY COMPANY, PLAINTIFF IN ERROR.

Argued June 20, 1901—Decided June 20, 1901.

On error to the Supreme Court.

For the plaintiff in error, *Walter L. McDermott.*

For the defendant in error, *John I. Weller.*

*37 Vroom.*    Kafafian v. North Hudson Co. Ry. Co.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, GUMMERE, HENDRICKSON, BOGERT, KRUEGER, ADAMS, VREDENBURGH, VOORHEES, VROOM. 12.

*For reversal*—None.